## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JOSEPH ROGERS**                                                    **PLAINTIFF**
ADC #111678

**v.**                          **CASE NO. 2:26-CV-00024-BSM**

**ANTWON EMSWELLER,** *et al.*                                       **DEFENDANTS**

## ORDER

Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 6] is adopted

and Joseph Rogers's complaint is dismissed without prejudice. A certificate of appealability

shall not issue. This should be considered a "strike" for purposes of U.S.C. § 1915(g).

IT IS SO ORDERED this 18th day of March, 2026.


_____
UNITED STATES DISTRICT JUDGE