# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JOSEPH ROGERS**                                                        **PLAINTIFF**
ADC #111678

**v.**                          **CASE NO. 2:26-CV-00024-BSM**

**ANTWON EMSWELLER,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of March, 2026.


_____
UNITED STATES DISTRICT JUDGE